■ FLORENCE HUNTER, as Committee of the Estate of JOAN F. COOK, an Incompetent Person, Respondent, v. GEORGE L. KNIGHT, as Ancillary Executor of MILTON C. COOK, Deceased, et al., Respondents, and MARIE DOWNEY, Appellant.— Motion by plaintiff-respondent to dismiss appeal granted, with $10 costs; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ (A) In the Matter of ABRAHAM TAWIL, Appellant, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (B) LENORE GROSSINGER, Appellant, v. LOUIS M. GRAU et al., Respondents.— [In each action] Motions by respondents to dismiss appeal granted; appeal dismissed. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES F. FUSCO, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. Appellant failed to comply with an order of this court, dated April 30, 1962, requiring him to perfect his appeal for the October 1962 Term. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JOHNSON, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. Appellant failed to comply with an order of this court, dated March 26, 1962, requiring him to perfect his appeal for the September 1962 Term. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL KIMMEL, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. Appellant failed to comply with an order of this court, dated May 14, 1962, requiring him to perfect his appeal for the October 1962 Term. Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTON FORD, Appellant.— Motion by appellant for reargument, for leave to appeal to the Court of Appeals, and for a stay, denied. On the court's own motion the decision of this court, dated October 9, 1962 (17 A D 2d 832), is amended to read as follows: "In a coram nobis proceeding, defendant appeals from an order of the Court of Special Sessions of the City of New York, County of Queens, dated January 4, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered August 10, 1960 after trial, convicting him of violating sections 974 and 975 of the Penal Law relating to the game of policy, and imposing sentence. Order affirmed. No opinion". Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.